AFFIDAVIT OF SERVICE UPON A CORPORATION         N
                                        INDEX # 08 CV 4274

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern

                                                    COCHRAN NEUFELD & SCHE
                                                    99 Hudson St
_____              NEW YORK
                                                    NY 10013
Jose Garcia Randy Garcia And Jose Garcia Jr Etc


        - against -

The City Of New York Detective Anthony Pezzullo     (212) 965-9081
Ada Curtis Farber Ada William Zelenka Etc

_____

Atty File #            Record # 122495      File # 74

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Harry Torres-Lic#0915257 being duly sworn deposes and says deponent
is not a party to this action and is over the age of eighteen years
and resides in the state of New York:

That on 05/12/08 at 12:34pm at 100 Church Street 4th Fl New York Ny 10007
deponent served the within Summons And Complaint In A Civil Action
by personally delivering to and leaving with Amanda Gonzalez
for City Of New York - Corporation Counsel Dept Of Law City Of New York
a true copy thereof, and that deponent knew the person so served
to be the Dockeeting Clerk/ Mgt. Agt. and stated (s)he was authorized to
accept legal papers for the corporation.


A description of the person served is as follows:

Approx Age: 25 Years   Approx Weight: 130 Lbs.   Approx Height: 5'4"
Sex: Female   Color of Skin: White   Color of Hair: Black
Other: Glasses


Sworn to before me this 05/13/08
Jeffrey Wittenberg #41-4906457
Notary Public, State of New York              Harry Torres-Lic#0915257
Nassau County, Commission Expires 08/22/10

                    Supreme Judicial Services, Inc.
        371 Merrick Road - Rockville Centre, N.Y. 11570 - (516) 825-7600
            255 Broadway - New York, N.Y. 10007 - (212) 319-7171
                         Fax (516) 568-0812