UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JOSE GARCIA, RANDY GARCIA, and JOSE GARCIA, JR., Individually, and LEONIDAS GARCIA and ELI RIVERA, by their guardian, ANA ORTEGA,

                                        Plaintiffs,

                    -against-

THE CITY OF NEW YORK, DETECTIVE ANTHONY PEZZULLO, ADA CURTIS FARBER, ADA WILLIAM ZELENKA, and JOHN AND JANE DOES # 1-10,

                                        Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

08-CV-4274 (RJS)

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York, and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:       New York, New York
                May 30, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the
                                          City of New York
                                        *Attorney for Defendant*
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 788-1599

                             By:            /s/
                                        Arthur G. Larkin (AL 9059)

TO:    COCHRAN, NEUFELD & SCHECK, LLP
          *Attorneys for Plaintiffs*
          99 Hudson Street, 8th Floor
          New York, New York 10013
          (212) 965-9081
          (By ECF)