UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/09
```

JOSE GARCIA, *et al.*,

                      Plaintiffs,

-v-

THE CITY OF NEW YORK, *et al.*,

                      Defendants.

No. 08 Civ. 4274 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the parties' joint letter requesting a conference to discuss the parties' proposed extension of several upcoming discovery deadlines.

    The request is granted. The parties shall appear for a conference on Wednesday, May 27, 2009 at 3:00 p.m. in Courtroom 21C, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

SO ORDERED.

DATED:    New York, New York
             May 22, 2009

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE