UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE GARCIA, RANDY GARCIA, and JOSE GARCIA, JR., Individually, and LEONIDAS GARCIA and ELI RIVERA, by their guardian ANA ORTEGA,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF NEW YORK, DETECTIVE ANTHONY PEZZULLO, ADA CURTIS FARBER, ADA WILLIAM ZELENKA, and JOHN AND JANE DOES #1-10,<br><br>Defendants. | No. 08-CV-4274<br><br>[PROPOSED] REVISED SCHEDULING ORDER |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/09

**RICHARD J. SULLIVAN**, District Judge:

The Court is in receipt of the plaintiffs' request for an extension of various discovery deadlines, submitted with defendants' consent.

The request is granted. The modified discovery deadlines are as follows:

1. All fact discovery is to be completed no later than January 18, 2010.

2. Depositions are to be completed by January 18, 2010.

3. Requests to admit are to be served no later than November 17, 2009.

4. All expert disclosures, including reports, production of underlying documents and depositions are to be completed by:

1

        a.     March 1, 2010 (Plaintiffs' experts);

        b.     April 16, 2010 (Defendants' experts).

5.     All discovery is to be completed no later than April 16, 2010.

SO ORDERED.

DATED:     New York, New York
               May 27, 2009

                                  RICHARD J. SULLIVAN
                                  UNITED STATES DISTRICT JUDGE

Post Discovery Conference will be held on May 7, 2010 at 9:15 am. Pre motion letter(s) to be submitted by April 19, 2010; Response(s) by April 22, 2010. No further extensions will be granted absent truly compelling circumstances.

2