UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/09
```

JOSE GARCIA, *et al.*,

                Plaintiffs,

-v-

THE CITY OF NEW YORK, *et al.*,

                Defendants.

No. 08 Civ. 4274 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    As stated by the Court at the conference held before it on November 16, 2009, it is HEREBY ORDERED that (1) Defendants produce all documents, including photographs, regarding Jose Garcia in the possession of the NYPD during the investigation and prosecution of the Vazquez murder and related homicides; and (2) Plaintiffs' request for the personnel files of ADA Risa Sugarman is limited to documents pertaining to *Brady* violations. It is FURTHER ORDERED that the parties provide the Court with a joint letter, containing the additional information requested by the Court at the November 16, 2009 conference, no later than November 23, 2009. The letter shall be sent to the chambers' email address at sullivannysdchambers@nysd.uscourts.gov. The letter shall also inform the Court whether any modifications to the Revised Scheduling Order, dated May 27, 2009, are necessary in light of the delay incurred by the parties' discovery dispute.

SO ORDERED.

DATED:    New York, New York
               November 16, 2009

                                                  _____
                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE