UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

JOSE GARCIA, RANDY GARCIA,
and JOSE GARCIA, JR.,
Individually, and
LEONIDAS GARCIA and ELI RIVERA,
by their guardian ANA ORTEGA,

    Plaintiffs,

v.

THE CITY OF NEW YORK,
DETECTIVE ANTHONY PEZZULLO,
ADA CURTIS FARBER,
ADA WILLIAM ZELENKA, and
JOHN AND JANE DOES #1-10,

    Defendants.

---

No. 08-CV-4274

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Deborah Cornwall (DC 2186) of NEUFELD SCHECK & BRUSTIN, LLP hereby appears as attorney for plaintiffs Jose Garcia, Randy Garcia, and Jose Garcia, Jr., individually, and Leonidas Garcia and Eli Rivera, by their guardian Ana Ortega, in the above entitled action and requests that all papers filed be served upon her at the post office address stated below, and that all papers filed through the ECF system be served upon her by email at the address stated below.

Dated: New York, New York
November 23, 2009

By: _____
Deborah Cornwall (DC 2186)
NEUFELD SCHECK & BRUSTIN, LLP
*Attorneys for Plaintiffs*
99 Hudson Street, 8th Floor
New York, New York 10013
(212) 965-9081
debi@nsbcivilrights.com