UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/10
```

JOSE GARCIA, *et al.*,

                    Plaintiffs,

-v-

THE CITY OF NEW YORK, *et al.*,

                    Defendants.

No. 08 Civ. 4274 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      On March 10, 2010, the Court ordered the parties to "advise the Court, in a joint letter to be received no later than March 17, 2010 at 4:00 p.m., whether additional discovery for the *Monell* claims is necessary. If additional discovery is necessary, the parties shall also submit an amended case management plan by March 17, 2010 at 4:00 p.m." (Doc. No. 31.) Today, the Court received a letter from Plaintiffs proposing an amended case management plan and informing the Court that Defendants refused to join the letter and had asked Plaintiffs "to inform the Court that they intend to submit their own letter in 3 business days." Defendants are ORDERED to show cause why they should not be sanctioned for their wilful failure to comply with the Court's March 10, 2010 Order. Defendants shall do so by sending a letter, to be received in no later than three business days from today, to the chambers' email address.

      IT IS FURTHER ORDERED that Plaintiffs' proposed case management plan regarding the *Monell* claims is adopted. Thus, the following schedule shall apply:

| | |
|---|---|
| April 7, 2010 | Defendants shall produce all discovery in their possession as of the parties' March 15, 2010 meeting; |

| | |
|---|---|
| May 17, 2010 | Defendants shall produce all outstanding documentary discovery, as described in Plaintiffs' March 17, 2010 letter; |
| July 16, 2010 | All depositions regarding the *Monell* claims shall be completed; |
| September 1, 2010 | Plaintiffs' expert report, if any, is due; and |

October 1, 2010 (or, if earlier, 30 days after Plaintiffs' produce their expert report):
Defendants' expert report, if any, is due.

Additionally, the parties shall attend a post-discovery status conference on Wednesday, October 20, 2010 at 9:30 a.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York. Parties shall submit pre-motion letters, if any, by October 12, 2010 at 4:00 p.m. and responses by October 15, 2010 at 4:00 p.m. Pre-motion letters and responses, which both shall be no more than three pages, shall be sent to chambers' email address.

SO ORDERED.

DATED: March 17, 2010
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE