UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE GARCIA, RANDY GARCIA, and JOSE GARCIA, JR., Individually, and LEONIDAS GARCIA and ELI RIVERA, by their guardian ANA ORTEGA,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF NEW YORK, DETECTIVE ANTHONY PEZZULLO, ADA CURTIS FARBER, ADA WILLIAM ZELENKA, and JOHN AND JANE DOES #1-10,<br><br>Defendants. | No. 08-CV-4274 |

## STIPULATION TO DISMISS COUNT VII
## AGAINST DEFENDANT THE CITY OF NEW YORK
## AND TO DISMISS ALL CLAIMS
## AGAINST DEFENDANTS CURTIS FARBER AND WILLIAM ZELENKA

Plaintiffs, by undersigned counsel, stipulate and agree to the following:

Plaintiffs voluntarily dismiss, with prejudice, Count VII, "42 U.S.C. § 1983 *Monell*," against Defendant The City of New York. Plaintiffs' claims against The City of New York under New York state law, including liability for the actions of its employees under the doctrine of respondeat superior as enumerated in Counts IX, X and XI, are not affected by this stipulation.

Plaintiffs further voluntarily dismiss, with prejudice, all claims against Defendant Curtis Farber and Defendant William Zelenka, as enumerated in Counts V, VI, VIII and XII.

Plaintiffs' stipulation has no effect on any claims or counts against Defendant Anthony Pezzullo.

Dated: New York, New York
April 1, 2010

By: _____
Anna Benvenutti Hoffmann
NEUFELD SCHECK & BRUSTIN, LLP
*Attorneys for Plaintiffs*
99 Hudson Street, 8th Floor
New York, New York 10013
(212) 965-9081
anna@nsbcivilrights.com