UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

JOSE GARCIA,

                                    Plaintiff,

              -against-

THE CITY OF NEW YORK, and ANTHONY PEZZULLO,

                                  Defendants.

**STATEMENT PURSUANT TO LOCAL CIVIL RULE 56.1**

08-CV-4274 (RJS)

------------------------------------------------------------------------ X

        Defendants, as and for their Statement Pursuant to Local Civil Rule 56.1(b), in response to movant's statement, for purposes of this summary judgment motion only and no other purpose, including trial of this matter, state as follows:

        1.     Admit.

        2.     Admit that Pezzullo was assigned as lead detective.

        3.     Admit that Pezzullo was the only lead detective on the Vasquez murder.

        4.     Admit that Pezzullo prepared the reports, and further state that the remainder of this paragraph constitutes a legal conclusion, viz., that Pezzullo prepared the reports "in the course of his duties as an NYPD detective."

        5.     Admit that Pezzullo met with Denor as described in this paragraph.

        6.     Admit that Pezzullo met with Denor (*see* paragraph 5, above), and further state that the remainder of this paragraph constitutes a legal conclusion, viz., that Pezzullo met with Denor "in the course of his investigation."

        7.     Admit that Pezzullo met or spoke with John Garey and other potential witnesses.

8. Admit that Pezzullo had the meetings, as stated (*see* paragraph 7), and further state that the remainder of this paragraph constitutes a legal conclusion, viz., that Pezzullo had the meetings "in the course of his investigation."

9. Admit that Pezzullo participated in identification procedures as described in this paragraph.

10. Admit that Pezzullo showed Denor photos, and further state that the remainder of this paragraph constitutes a legal conclusion, viz., that Pezzullo had the meetings "in the course of investigating the Vasquez murder."

11. Admit.

12. This paragraph sets forth a legal conclusion.

13. Admit that Pezzullo did not know Garcia before the Vasquez murder.

14. Admit.

15. This paragraph sets forth a legal conclusion.

16. Admit.

Dated: New York, New York
October 1, 2010

        MICHAEL A. CARDOZO
        Corporation Counsel of the
          City of New York
        *Attorney for Defendants*
        100 Church Street
        New York, New York 10007
        (212) 788-1599

        By:    /s/
          Arthur G. Larkin (AL 9059)