UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/10
```

JOSE GARCIA, *et al.*,

                Plaintiffs,

-v-

THE CITY OF NEW YORK, *et al.*,

                Defendants.

No. 08 Civ. 4274 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the pretrial conference scheduled for October 20, 2010 is adjourned until 12:00 p.m. on Friday, October 22, 2010.

SO ORDERED.

DATED:    October 12, 2010
                New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE